# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Cynthia F. Roberts, | ) | **JUDGMENT IN A CIVIL CASE** |
|---|---|---|
| Plaintiff(s), | ) | CV 10-704-PHX-JAT |
| v. | ) | |
| First Horizon Home Loan Corporation, et al., | ) | |
| Defendant(s). | ) | |

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 3, 2011, Plaintiffs' Consolidated Amended Complaint is dismissed with prejudice.

RICHARD H. WEARE
District Court Executive/Clerk

October 6, 2011

 s/M. Pruneau
By: Deputy Clerk

cc: (all counsel)